In the Matter of the Appraisal, under the Transfer Tax Act, of the Estate of MARIA F. MILLS, Deceased.

JOHN F. MILLS, as Administrator, Appellant; THE COMPTROLLER OF THE STATE OF NEW YORK, Respondent.

*Matter of Mills,* 86 App. Div. 555, affirmed.
(Submitted January 6, 1904; decided January 26, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered July 24, 1903, which affirmed an order of the Westchester County Surrogate's Court directing the assessment of a transfer tax upon the estate of Maria F. Mills, deceased.

*Grenville T. Emmet* and *Maurice Dillon* for appellant.

*Frank M. Buck* for respondent.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

In the Matter of the Application of WILLIAM CARMAN, as Executor of CHARLES B. CARMAN, Deceased, Appellant, for Leave to Commence an Action for the Dissolution of the NEW YORK PHONOGRAPH COMPANY, Respondent.

*Matter of Carman,* 88 App. Div. 614, appeal dismissed.
(Argued January 6, 1904; decided January 26, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 8, 1903, which affirmed an order of Special Term granting a motion to vacate an order giving leave to petitioner to bring an action for the dissolution of the New York Phonograph Company.

*Laurence Arnold Tanzer* for appellant.

*Louis Hicks* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.